IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| S&H DISTRIBUTION, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MEYER LABORATORY, INC.,<br><br>　　　　　Defendant. | Case No. 8:22-cv-00178-JFB-SMB<br><br>**JOINT STIPULATED MOTION TO DISMISS** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff S&H Distribution, LLC ("S&H") and Defendant Meyer Laboratory, Inc. ("Meyer") (collectively the "Parties"), hereby stipulate and jointly move to dismiss this action with prejudice. In support of the motion, the Parties state as follows:

　　　　1.　　S&H filed its Complaint in the District Court of Sarpy County, Nebraska on March 1, 2022.

　　　　2.　　Meyer removed the case to this Court on May 11, 2022.

　　　　3.　　Meyer filed an Answer to S&H's Complaint and Counterclaims against S&H on November 3, 2022.

　　　　4.　　The Parties have negotiated a resolution of this matter in its entirety.

　　　　5.　　The Parties hereby stipulate and jointly move the Court for an Order dismissing this action, including S&H's Complaint and Meyer's Counterclaims, with prejudice, with each Party to pay its own costs and attorney fees.

　　　　WHEREFORE, S&H Distribution, LLC and Meyer Laboratory, Inc. hereby stipulate and jointly move the Court for an Order dismissing this action with prejudice, with each Party to pay its own costs and attorney fees.

Dated: December 12, 2022.

        S&H DISTRIBUTION, LLC,
        Plaintiff,

        By: */s/ Cody B. Nickel*
            James F. Cann, #21458
            Cody B. Nickel, #26838
            KOLEY JESSEN P.C., L.L.O.
            1125 S. 103rd Street, Suite 800
            Omaha, NE 68124
            (402) 390-9500
            James.Cann@koleyjessen.com
            Cody.Nickel@koleyjessen.com

            *Attorneys for Plaintiff.*

        MEYER LABORATORY, INC.,
        Defendant,

        By: */s/ Michael S. Degan*
            (electronic signature used with consent)
            Michael S. Degan
            Natalie A. Piper
            KUTAK ROCK LLP
            1650 Farnam Street
            Omaha, NE 68102
            Michael.Degan@kutakrock.com
            Natalie.Pieper@kutakrock.com
            *Attorneys for Defendant.*

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that on December 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification to all CM/ECF participants, including the following:

Michael S. Degan
Natalie A. Pieper
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Michael.Degan@kutakrock.com
Natalie.Pieper@kutakrock.com

              */s/ Cody B. Nickel*
               Cody B. Nickel