IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| S&H DISTRIBUTION, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>MEYER LABORATORY, INC.,<br><br>        Defendant. | **8:22CV178**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulated Motion to Dismiss (Filing No. 23). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to pay their own costs and attorneys' fees.

Dated this 15th day of December, 2022.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge